# UNITED STATES DISTRICT COURT

District of Columbia

Thanh Vong Hoai et al. v. The Superior Court of the Dist. of Col. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-0210 RJL

TO: (Name and address of Defendant)

The Superior Court of the District of Columbia
500 Indiana Ave. NW, Washington DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence A. Elgin, Esq.
Suite 900, South Building
601 Pennsylvania Ave. NW
Washington, DC 20004-3615
(202) 628-1114

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         FEB 09 2006

CLERK                           DATE

Jackie Frames

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 6/06/06 | TIME 4:00 PM |
|---|---|---|
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Veronica M. Robertson, Senior Court Manager, authorized to accept. Service was completed at 500 Indiana Avenue, NW, Room 1500, Washington, DC 20001.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/07/06
                Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server