UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THANH VONG HOAI**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 06-0210 (RJL) |
| v. ) | |
| ) | |
| **SUPERIOR COURT OF THE** ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE AMENDED COMPLAINT**

Defendants hereby respond to Plaintiff's Opposition to Defendants' Motion to Strike the Amended Complaint as follows:

1. In their Opposition, Plaintiffs set forth their version of settlement discussions between their lawyer and counsel for Defendants. Not only are such statements improper, but in this case they are also inaccurate. As such, undersigned counsel will not further detail the substance of the negotiations except to state that Plaintiffs' statements in their brief regarding discussions between counsel are highly misleading.

2. Plaintiffs' newly proposed amended complaint is simply a smoke screen. While Plaintiffs purport to shorten their Complaint, it should be noted that the proposed document is still drafted in unusually small font and, while it attempts to summarize some of the overly-detailed assertions from the original, it still does not address the concerns set forth in Defendants' Motion.

Accordingly, for the reasons set forth in Defendants' Motion to Strike the Amended Complaint, Defendants respectfully request that the Court grant Defendants' Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_\_\_/s/  Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II


\_\_\_\_/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov