# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* <br>     Plaintiffs, <br><br> v. <br><br><br> The SUPERIOR COURT of the <br> DISTRICT of COLUMBIA, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:06-cv- 00210-RJL <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court, having considered the Motion of the Plaintiffs for a Temporary Restraining Order, the opposition thereto, and the arguments of the parties before the Court, it is hereby ORDERED

That the Defendants, the Superior Court of the District of Columbia, and especially the defendant, the Honorable Herbert B. Dixon, Jr., take no action on the subject litigation, presently in the Superior Court of the District of Columbia as C,A, No. 7075-86, and issue no opinions or orders in that cause until further Order of this Court.

_____
Richard J. Leon, United States District Judge

copies to: Laurence A. Elgin, Esq., Ste 900 South Bldg., 601 Pennsylvania Avenue, NW, Washington DC 20004-3615; Office of the Attorney General, District of Columbia, Att: Shana Frost, Esq., Nicole Lynch, Esq., 441 Fourth Street, NW, 6th Floor South, Washington DC 20001