HOAI, et al. v. The Superior Court of the District of Columbia, et al.
CIVIL ACTION NO. 1:06-cv- 00210-RJL

ATTACHMENT A

1

```
 1   122308              IN THE SUPERIOR COURT

 2               OF THE DISTRICT OF COLUMBIA

 3   ---------------------------------X

 4   THANH VONG HOAI,                 :

 5        Plaintiff,                  :    Civil Action No.

 6        v.                          :    87-2456

 7   SUN REFINING & MARKETING COMPANY, :   Judge Oberdorfer

 8        Defendant                   :

 9   ---------------------------------X

10                          Washington, D.C.

11                          Wednesday, December 23, 1987

12   DEPOSITION OF:

13               THANH VAN VO,

14   a witness, called for examination by counsel for the

15   Defendant, pursuant to notice and agreement of counsel, in

16   the offices of Pohroyles & Greenstein, P.C., 1920 N Street,

17   Northwest, Suite 800, Washington, D.C.  20036-1601,

18   beginning at approximately 10:40 a.m., before JAMES G.

19   OGLESBY, a Notary Public in and for the District of

20   Columbia, when were present on behalf of the respective

21   parties:

22
```

11

1  Q.  Did there come a time in 1986 that you discussed
2  with Mr. Hoai a Sun franchise for a filling station?
3  A.  Would you repeat that question?
4  Q.  Did you in this period of 1986 have any
5  discussions with Mr. Hoai about getting a Sun Oil
6  franchise?
7  A.  Yes.  I think late in February, while we moving
8  house furniture for him, I just mentioned about, like a
9  casual we talking, you know, and I mentioned to him that I
10 saw the one gas station, Sunoco gas station in Southeast,
11 D.C.
12 Q.  Where was that located?
13 A.  2305 Pennsylvania Avenue.
14 Q.  And you saw it --
15 A.  With advertisements that it is for lease, you
16 know.
17 Q.  All right.
18 A.  To contact Mr. Ernie Peele.  I wrote that, and I
19 did call several times to talk about the lease.
20 Q.  You called Mr. Peele?
21 A.  Yes, but I left message for him and he never
22 returned call.  So when talking with Hoai I said this place

1  nice place, but I called Mr. Peele so many times, he never
2  returned the call.
3      Q.   And what did Mr. Haoi have to say about that?
4      A.   He said is that Sunoco, and I said yes.  He said
5  that's no problem.  He knows everyone, echelon, from top to
6  bottom.
7      Q.   Excuse me.  Mr. Hoai told you he knew everybody
8  at Sun Oil?
9      A.   Yes.
10     Q.   Or Sunoco?
11     A.   Yes, Sunoco.
12     Q.   Did he offer to help?
13     A.   Yes.  So he offered to help me, you know, get
14 franchise, lease franchise.
15     Q.   And what happened next?
16     A.   Then I said okay, you know, "If you can do that,
17 I'd appreciate it very much."
18     Q.   All right.  What did he do, to your knowledge?
19     A.   I think with my knowledge is that he called
20 Mr. Peele, because I gave him telephone, everything,
21 because I had tried before.  I say here, just like friends,
22 friendship, very friendly, you know.  I have big family.

1   A.   No, the franchise.

2   Q.   On the franchise?

3   A.   Yeah.

4   Q.   Okay?

5   A.   And I asked Hoai at that time, I said, "Why your
6   name, you said so far for me, and why your name?"

7   Q.   And what did Mr. Haoi respond?

8   A.   Because he said it's easier for him to obtain by
9   his name then he transfer to me.

10  Q.   And how did you feel about that?

11  A.   A little uncomfortable, you know, because I
12  understand the way it working, it's all papers, and lawyers
13  and so forth. But he swear with me that he not intend to
14  cheat me, but try to obtain quicker because if in my name
15  they check a very, very long time, and he indicate that
16  that time it's very good time for our business in April,
17  March, May, you know.

18  Q.   That's a good time for the gas business?

19  A.   Right.

20  Q.   All right. And were you asked for money at that
21  meeting in March?

22  A.   What do you mean this?

1  Q.  Are there two checks on there?
2  A.  Right.
3  Q.  And what's the amount of each one?
4  A.  One $5,000 and another one is $2,000.
5  Q.  And who are they payable to?
6  A.  Sun Oil Company.
7  Q.  And who obtained those checks?
8  A.  You mean who received these checks?
9  Q.  No, who got them?
10 A.  I bought the checks.
11 Q.  You got the checks?
12 A.  Right.
13 Q.  All right?
14 A.  Then I hand over to Mr. Peele.
15 Q.  All right. Where did you go to get those checks?
16 A.  In my bank, United Virginia Bank.
17 Q.  United --
18 A.  United Virginia Bank.
19 Q.  United Virginia Bank?
20 A.  Yes.
21 Q.  All right. Did you leave the meeting at Howard
22 Johnson's to go get those checks?

1  understood, he said the only reason he tell me so he obtain
2  the franchise, because he knows everyone in Sun Oil Company
3  so he obtain it quicker.
4      MR. FORESTER: All right.
5      BY MR. FORESTER:
6   Q. At that time in March of '86, to your knowledge,
7  did Mr. Hoai have money availale to put into this
8  franchise?
9   A. I don't think so.
10     MR. FORESTER: I'd like this to be marked at
11  Exhibit Number 2, please.
12                            (Exhibit No. 2 Marked
13                             For Identification).
14
15     BY MR. FORESTER:
16  Q. Mr. Vo, I'm showing you has been marked at Vo
17  Deposition Exhibit Number 2 for Identification.
18     Can you tell us what that is?
19  A. That's the check I had reimbursed for him. He
20  said he pays liability insurance for the gas station for me
21  to Floyd May.
22  Q. To Floyd May?

1    A.   Yeah, the insurance company, Floyd May.  He said
2 the amount was $1,697.
3    Q.   A thousand six ninety-seven?
4    A.   Yes.  He said I'll pay him that.  He said that is
5 the amount I pay him, but when the premium come back, a
6 copy of premium, it only cost about $1,231, and I asked
7 Mr. May why up to $1,697, and Mr. May told me that the
8 difference is that Hoai owed him before.
9    Q.   From something else?
10    A.   Something else.
11    Q.   And the Exhibit Number 2 is a check for liability
12 insurance where?
13    A.   For the gas station on Pennsylvania Avenue.
14    Q.   All right.
15         MR. FORESTER:  I ask that this be marked as Vo's
16 Exhibit Number 3, please.
17                              (Exhibit No. 3 Marked
18                               For Identification).
19         BY MR. FORESTER:
20    Q.   I show you Exhibit Number 3 for Identification.
21         Can you tell us what that is, Mr. Vo?
22    A.   This for the stock left over from the previous

1  dealer of the gas station.
2      Q.   The inventory that was on the premises?
3      A.   Yes.
4      Q.   And what is the amount of that check?
5      A.   $1,468.50.
6      Q.   And that's payable to whom?
7      A.   To Sun Oil Company.
8      Q.   And is that your signature on the check?
9      A.   Yes, sir that's mine.
10     Q.   Now were these your funds --
11     A.   Yes, sir.
12     Q.   -- that we're talking about here in Exhibit
13 Number 2 and Number 3?
14     A.   What kinds of funds, sir?  What are you talking
15 about?
16     Q.   Your money?
17     A.   All that's my money.
18     Q.   All right.  Up to this point in time had Mr. Hoai
19 put any money into the station?
20     A.   No, sir.
21     Q.   Now, did you open a checking account for the
22 station?

1  Q.  Who prepared that agreement?
2  A.  Mr. Arif.
3  Q.  Mr. Arif?
4  A.  Yes.
5  Q.  All right. And it shows a date in the first
6  paragraph. It says "Agreement," I am reading, "Agreement
7  made this 4th day of April 1986"?
8  A.  Yes.
9  Q.  Was that when this was prepared?
10 A.  That's the date Hoai said to go forward and
11 prepare for that, so he signed.
12 Q.  Did you present it to Mr. Hoai in April of 1986?
13 A.  Yes. Hoai obtained for me that day.
14 Q.  All right. Did he sign it in April?
15 A.  No. He said he'd read over and he'll come back
16 with Mr. Peele and so forth. Then he said he'd read over
17 and he'd sign because it is not notarized, and he hold it
18 until May and --
19 Q.  Well, does this show -- I'm showing you page
20 number three of Exhibit Number 6 -- does that show your
21 signature on there?
22 A.  Yes. This is mine here. His on top.

1    Q.   And Mr. --
2    A.   Mr. Hoai.
3    Q.   Mr. Hoai's signature?
4    A.   Yes, sir.
5    Q.   And the date that was signed?
6    A.   It was May. It was May 2nd.
7    Q.   And --
8    MR. ELGIN: Excuse me. You said page three of
9 six.
10   MR. FORESTER: No, I said of Exhibit 6.
11   BY MR. FORESTER:
12   Q.   And was that signed in the presence of a notary
13 public?
14   A.   Yes, sir.
15   Q.   And you were there at the time?
16   A.   Yes, sir.
17   Q.   And Mr. Hoai was there?
18   A.   Mr. Hoai.
19   Q.   And was anyone else there?
20   A.   Me, him and notary public, that three.
21   Q.   All right. And where was this notary public?
22   A.   In the McLean Bank.

1    Q.    All right.

2    MR. FORESTER:  This will be Exhibit Number 7,
3 please, and 8.

4    (Exhibit Nos. 7 and 8 Marked
5    For Identification).

6    MR. PLESHAW:  Is this 8?

7    MR. FORESTER:  Yes.

8    MR. ELGIN:  I just want to note into the record
9 that we are going to object to this Exhibit Number 7.

10    MR. FORESTER:  No. 7?

11    MR. ELGIN:  Yes.

12    MR. HEMENWAY:  Which is a check for $15,000.

13    BY MR. FORESTER:

14    Q.    Mr. Vo, I show you Deposition Exhibit Number 7
15 for Identification.

16    Can you tell us what that is?

17    A.    That's $15,000 that I pay Hoai so he to sign this
18 agreement here because, even he -- he don't put any money
19 in.  But I think myself that right now he has already cheat
20 me by that time.

21    MR. ELGIN:  Excuse me, just for the record, I
22 want to make a statement.

1          MR. FORESTER:  If I can, let's get back and just
2   identify this.
3          MR. ELGIN:  I just want to flesh out my memory.
4          MR. FORESTER:  Okay.  Let's identify this.
5   Exhibit Number 7, for the record, is a check dated May 2,
6   1986 for $15,000, and it's payable to Mr. Hoai Vong Thanh.
7          BY MR. FORESTER:
8       Q.   Can you tell us whose signature that is on the
9   check?
10      A.   That's my signature.
11      Q.   Is that a certified check?
12      A.   Yes, sir.
13      Q.   The day you gave this check to him was on the
14  date, May 2nd?
15      A.   Yes.  The same time he signed this one.
16      Q.   The same time he signed Exhibit Number 6, the
17  Agreement of Sale?
18      A.   Right.
19         MR. ELGIN:  For the record, our objection is
20  based on lack of materiality, irrelevance and parol
21  evidence rule.
22         MR. FORESTER:  To the check?

1          MR. ELGIN:  Yes.  The contract speaks for itself.
2          MR. FORESTER:  All right.
3          BY MR. FORESTER:
4     Q.   Now, sir, I want to show you Exhibit Number 8.  I
5  am sorry, before I get to Exhibit Number 8.
6          You gave the Exhibit Number 7 the check for
7  $15,000 to Mr. Hoai?
8     A.   Right.
9     Q.   And that was a consideration for him to sign
10 Number 6, the Agreement?
11    A.   Right.
12    Q.   Now, sir, could you please --
13    A.   Excuse me.  Besides this also he sign written
14 paper later to inform Mr. Peele that he has sold business
15 to me.
16    Q.   All right.
17         MR. ELGIN:  Excuse me.  I want to note for the
18 record also that we object to the line of questioning for
19 the same reasons.
20         MR. PLESHAW:  I did not really catch the answer.
21 Maybe he can restate it.  I just didn't understand his
22 answer to the last question.

1     A.    I paid Mr. Hoai.

2     Q.    You gave it to Mr. Hoai?

3     A.    Yes.

4     Q.    And that was given on the same day as he signed
5  the agreement?

6     A.    Yes, it was.

7     Q.    Now, sir, during this period of time in April,
8  May, of 1986, was Mr. Hoai involved in any other business,
9  to your knowledge?

10    A.    He operate the grocery store in Clarendon.

11    Q.    What was the name of the grocery store?

12    A.    Mekong Center.

13    Q.    Mekong Center?

14    A.    Yes.

15    Q.    Was that Mr. Hoai's grocery store?

16    A.    No.

17    Q.    Who owned it?

18    A.    Mr. Minh.

19    Q.    Minh?

20    A.    Yes.

21    Q.    M I N H?

22    A.    Yes, sir.

44

1    Q.  Was Mr. Hoai trying to buy that business, the
2 grocery store?
3    A.  I don't think. I don't know. Not to my
4 knowledge.
5    Q.  Not to your knowledge?
6    A.  No.
7    Q.  Okay. During period in April and May
8 particularly, of 1986, did Mr. Hoai come to the Sunoco
9 Station on Pennsylvania Avenue, Southeast?
10   A.  Say again.
11   Q.  Did Mr. Hoai come to the gas station during May,
12 April and May of 1986?
13      MR. PLESHAW: I'm not sure he understands the
14 question.
15      BY MR. FORESTER:
16   Q.  Was Mr. Hoai working in the Sunoco Station in
17 April --
18   A.  No, sir. No, sir.
19   Q.  Excuse me. Let me finish.
20      -- April and May of '86?
21   A.  No, sir.
22   Q.  All right. Did he come into the station on some

```
 1  occasions?
 2       A.   At least one time.
 3       Q.   At least one time?
 4       A.   Yeah.
 5       Q..  And that's in April and May of '86?
 6       A.   Between April, after we opened, yes.
 7       Q.   And do you recall that visit?
 8       A.   His car broken down.  So he bring over and we
 9  fix.
10       Q.   Did you charge him?
11       A.   We charged him, but he don't pay anyhow.
12       Q.   Did Mr. Hoai ever work in the gas station?
13       A.   No, sir.
14       Q.   Not at all?
15       A.   Not at all.
16       Q.   Did Mr. Peele come into the station during this
17  period of time?
18       A.   Yes, sir.
19       Q.   How often would he visit?
20       A.   At least once a week.
21       Q.   And did he ever ask about Mr. Hoai?
22       A.   He asked me where Hoai is.  I said Hoai is in the
```