MAR. 28, 1988

Attachment A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THANH VONG HOAI,

    Plaintiff,

v.

SUN REFINING AND MARKETING
COMPANY,

    Defendant.

Civil Action No. 87-2456
Judge Oberdorfer
Mag. PJA

SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS

    The plaintiff as appellant in the District of Columbia Court of Appeals has filed a Motion for Correction of the Record and Petition for a Rehearing or Rehearing En Banc. A copy of this pleading is attached.

    This pleading is submitted to this Court because it impacts directly on the Motion to Dismiss and the various pleadings opposing that Motion. The plaintiff cannot contest the Consent Order issued by the Superior Court in the District Court, particularly in view of the fact that he is raising these same issues on appeal and has a trial on the merits pending in the Superior Court.

    This Court's attention is respectfully invited to paragraph 14 of page 4 of the attached pleading wherein counsel for Mr. Hoai asserts the Petroleum Marketing Practices Act, 15 U.S.C. §2801, et seq. as support for his argument that Mr. Hoai was in fact the franchisee.

On page 11 of Plaintiff-appellant's Memorandum, the provisions of the Petroleum Marketing Practices Act are again cited as applying to the transfer of the franchise. This argument continues through page 12.

Counsel for Mr. Hoai has also attached a copy of the Defendant's Motion to Dismiss now pending in the District Court to his petition in the District of Columbia Court of Appeals. This is illustrative only of the utter folly of this multi-court attack which has been mounted on behalf of Mr. Hoai.

Counsel for defendant asserted in the Motion to Dismiss that "[i]f the Consent Order violated plaintiff's right under the Petroleum Marketing Practices Act, it was a defense which should have been raised in either a hearing on the merits or the appeal."[1]

This latest pleading by counsel for plaintiff clearly demonstrates that he is attempting to litigate these interests simultaneously in both the local and the federal forums. He is asserting a collateral attack on the rulings of the Superior Court in this Court; and, filing pleadings from this Court as support for his petition for an en banc hearing in the District

---

[1] Page 5, Memorandum of Points and Authorities in support of the Motion to Dismiss filed by the defendant.

- 2 -

of Columbia Court of Appeals.  This is a loose cannon attempting to ignite a litigation explosion on behalf of one party which could do serious damage to the legal system if left unchecked.  Counsel has sought relief for Mr. Hoai in the Eastern District of Virginia, brought this action to the District Court for the District of Columbia prior to the instant case and has actions presently pending in the Fourth Circuit Court of Appeals, the District of Columbia Court of Appeals and the Superior Court, in addition to the present case.

The plaintiff has a legitimate forum in the Superior Court, not in this Court.

Respectfully submitted,

POHORYLES & GREENSTEIN, P.C.

*[signature]*

J. Gordon Forester, Jr. #4424
1920 N Street, N.W.
Suite 800
Washington, D.C. 20036-1601
Telephone:  (202) 785-2940

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Supplemental Memorandum in Support of Motion to Dismiss was sent by first-class mail, postage prepaid, this 28th day of March, 1988 to Laurence A. Elgin, Esq., 4816 Rodman Street, N.W., Washington, D.C. 20016; and to John D. Hemenway, 4816 Rodman Street, N.W., Washington, D.C. 20016, attorneys for plaintiff.

                                              J. Gordon Forester, Jr.

MAR. 28, 1988

Attachment A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THANH VONG HOAI,              :
                              :
         Plaintiff,           :
                              :
    v.                        :       Civil Action No. 87-2456
                              :       Judge Oberdorfer
SUN REFINING AND MARKETING    :       Mag. PJA
COMPANY,                      :
                              :
         Defendant.           :
                              :

SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS

The plaintiff as appellant in the District of Columbia Court of Appeals has filed a Motion for Correction of the Record and Petition for a Rehearing or Rehearing En Banc. A copy of this pleading is attached.

This pleading is submitted to this Court because it impacts directly on the Motion to Dismiss and the various pleadings opposing that Motion. The plaintiff cannot contest the Consent Order issued by the Superior Court in the District Court, particularly in view of the fact that he is raising these same issues on appeal and has a trial on the merits pending in the Superior Court.

This Court's attention is respectfully invited to paragraph 14 of page 4 of the attached pleading wherein counsel for Mr. Hoai asserts the Petroleum Marketing Practices Act, 15 U.S.C. §2801, et seq. as support for his argument that Mr. Hoai was in fact the franchisee.

On page 11 of Plaintiff-appellant's Memorandum, the provisions of the Petroleum Marketing Practices Act are again cited as applying to the transfer of the franchise. This argument continues through page 12.

Counsel for Mr. Hoai has also attached a copy of the Defendant's Motion to Dismiss now pending in the District Court to his petition in the District of Columbia Court of Appeals. This is illustrative only of the utter folly of this multi-court attack which has been mounted on behalf of Mr. Hoai.

Counsel for defendant asserted in the Motion to Dismiss that "[i]f the Consent Order violated plaintiff's right under the Petroleum Marketing Practices Act, it was a defense which should have been raised in either a hearing on the merits or the appeal."[1]

This latest pleading by counsel for plaintiff clearly demonstrates that he is attempting to litigate these interests simultaneously in both the local and the federal forums. He is asserting a collateral attack on the rulings of the Superior Court in this Court; and, filing pleadings from this Court as support for his petition for an en banc hearing in the District

---

[1] Page 5, Memorandum of Points and Authorities in support of the Motion to Dismiss filed by the defendant.

- 2 -

of Columbia Court of Appeals. This is a loose cannon attempting to ignite a litigation explosion on behalf of one party which could do serious damage to the legal system if left unchecked. Counsel has sought relief for Mr. Hoai in the Eastern District of Virginia, brought this action to the District Court for the District of Columbia prior to the instant case and has actions presently pending in the Fourth Circuit Court of Appeals, the District of Columbia Court of Appeals and the Superior Court, in addition to the present case.

    The plaintiff has a legitimate forum in the Superior Court, not in this Court.

                                      Respectfully submitted,

                                      POHORYLES & GREENSTEIN, P.C.

                                      _____
                                      J. Gordon Forester, Jr. #4424
                                      1920 N Street, N.W.
                                      Suite 800
                                      Washington, D.C. 20036-1601
                                      Telephone: (202) 785-2940