Attachment
E

# UNITED STATES DISTRICT COURT

- - -

## FOR THE DISTRICT OF COLUMBIA

- - -

```
- - - - - - - - - - - - - - -X
In the Matter of:             :
                              :
THANH VONG HOAI,              :
          Plaintiff           : Civil Action
                              : No. 87-2456
     vs.                      :
                              :
SUN REFINING AND MARKETING CO.,:
          Defendant           :
- - - - - - - - - - - - - - -X
```

Thursday,
January 21, 1988

- - -

Deposition of

GIN HAM

called for examination by Counsel for the Plaintiff,

Thanh Vong Hoai, pursuant to notice and agreement of

counsel, in the offices of J. Gordon Forester, Jr.,

Esquire, 1920 N Street N.W., 6th Floor, Washington,

D.C. 20036-1601, when were present on behalf of the

respective parties:

<u>APPEARANCES</u>:

<u>On</u> <u>Behalf</u> <u>of</u> <u>the</u> <u>Plaintiff,</u> <u>Thanh</u> <u>Vong</u> <u>Hoai</u>:

    LAURENCE A. ELGIN, Esquire
    4816 Rodman Street, N.W.
    Washington, D.C.  20016
    (202)  628-1114

and

    JOHN HEMENWAY, Esquire
    (202)  371-6710

<u>On</u> <u>Behalf</u> <u>of</u> <u>the</u> <u>Defendant,</u> <u>Sun</u> <u>Refining</u> <u>Co.</u>:

    J. GORDON FORESTER, JR., Esquire
of:  Pohoryles & Greenstein, P.C.
    Suite 800
    1920 N Street, N.W.
    Washington, D.C.  20036-1601
    (202)  785-2940

## I N D E X

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Gin Ham | 4 | 20 | 29 | 33 |

| EXHIBITS | IDENTIFIED | RECEIVED |
|---|---|---|
| None | | |

1                          P-R-O-C-E-E-D-I-N-G-S

2                                                        10:05 a.m.

3      Whereupon,

4                              GIN HAM

5      a witness, was called for examination by Counsel for

6      the Plaintiff, and having been first duly sworn, was

7      examined and testified as follows:

8                          DIRECT EXAMINATION

9              BY MR. ELGIN:

10             Q    For the record, sir, could you state your

11     name, just state your name for the record.

12             A    My name is Gin Ham.

13             Q    Could you spell that for the Court Reporter?

14             A    Sure.  G-I-N  H-A-M.

15             Q    Now, do you prefer that I call you Mr. Gin

16     or Mr. Ham?

17             A    Call me Gin be all right.

18             Q    Okay.

19                  Mr. Gin, have you ever been in a deposition

20     before?

21             A    No, sir.

22             Q    Okay.  Then, let me explain to you a little

1    bit about a deposition.  A deposition is part of a

2    court proceeding in an American court, and it's part

3    of what comes before the trial itself.

4            And, I am the attorney in this case

5    representing Mr. Vo, who is sitting here.

6            MR. HOAI:  Mr. Hoai.

7            BY MR. ELGIN:

8        Q    Mr. Hoai, I'm sorry, whom you have met, and

9    who is what we call the Plaintiff in this case, the

10   man who filed this suit.

11           Mr. Forester here represents the Defendant,

12   the Sun Oil Company.

13           I will ask you questions, and then Mr.

14   Forester may ask you some questions.

15       A    Sure.

16       Q    And, please, if you don't understand us,

17   because we, let me say right now that you probably

18   understand English a heck of a lot better than we

19   understand Vietnamese, but if we ask you questions and

20   you don't understand them, you ask us to repeat the

21   question.

22       A    Okay.

1      Q    Don't answer a question unless you are sure

2    you understand it, because what you say here may well

3    be used in the court later on as testimony in some

4    way.

5      A    Okay.

6      Q    Now, with that said, we usually start off a

7    deposition, we ask some questions about what we call

8    your biography, so I'm going to ask you a few things

9    about where you were born and so forth.

10          Now, could you tell us when you were born?

11     A    Oh, I was born in Vietnam.

12     Q    In what year was that?

13     A    1945.

14     Q    1945, and did you then come to the United

15   States?

16     A    Come here about 1975.

17     Q    About 1975.

18          Now, how are you presently employed?  What's

19   your business today?

20     A    My business.

21     Q    I say, but what is your business today?

22   What kind of business are you in?

1       A    Oh, it's a gas station, Texaco gas station.

2       Q    Now, is it -- I see you are wearing, if I

3  may say so for the record, a Texaco uniform.  Is it a

4  Texaco gas station?

5       A    Yes, sir.

6       Q    And, are you the owner of that gas station?

7       A    Yes, sir.

8       Q    And, what is the name of the gas station?

9       A    It's called Grays Auto Service.

10      Q    Grays Auto Service.

11           And, where is it located?

12      A    Located on 3332 Lee Highway, Arlington,

13  Virginia.

14      Q    And, would that -- in earlier testimony

15  about a gas station here, there was mention of the

16  word "Cherrydale."  Does that station, is it near a

17  place called Cherrydale?

18      A    Yeah.  It's located in the Cherrydale area.

19      Q    Cherrydale area.

20      A    Yeah.

21      Q    Now, how long have you owned that gas

22  station?

1      A    I own the gas station on March, '82.

2      Q    And, you've owned it since that time?

3      A    Uh-huh.

4      Q    And, who was the previous owner?

5      A    Previous owner is Mr. Harry Gray.

6      Q    And, is Mr. Gray still alive?

7      A    He died a couple years ago.

8      Q    He died a couple years ago.

9          Now, let me ask you this as a sort of a

10   final question on that part.  When you say you own the

11   station, do you also go to it and manage it every day

12   and work there?

13      A    Oh, yeah.  I manage over it.

14      Q    So, you are there every day --

15      A    Full time.

16      Q    -- operating it.

17          Now, do you know a Mr. Thanh Van Vo, or Vo

18   Van Thanh?

19      A    I know him as a customer.

20      Q    A customer in your gas station?

21      A    Uh-huh.

22      Q    Can you recall about when he first came to

1    your gas station as a customer?

2         A    You say when?

3         Q    Yes.

4         A    I can't remember.

5         Q    Was it several years ago, do you think?

6         A    Several years, yeah, but I don't know what

7    year.

8         Q    Well, I understand that, but --

9              MR. FORESTER:    I'm sorry.    I didn't

10   understand his answer.

11             THE WITNESS:    He was my customer, you know.

12   I don't know when he come over.

13             MR. FORESTER:    Well, for about how long we

14   were trying to find out.

15             THE WITNESS:    I don't know.

16             BY MR. ELGIN:

17        Q    In other words, did I understand you to say

18   it was several years ago, but you don't remember what

19   year?

20        A    Yes, see I have thousands, thousands

21   customers in.

22        Q    Yes.

1      A    I don't know him, you know, only know him as

2    a customer, you know.  So, really, I can't remember,

3    you know.

4      Q    Yes.

5           Now, and did he stay a customer of your gas

6    station?  Do you understand my question?

7      A    No.

8      Q    Did he keep coming back as a customer?

9      A    Oh, yeah, he keep coming back.

10     Q    Did he come back frequently?

11     A    Yeah.

12     Q    And, why did he come, just to get cars

13   repaired, or to get them full of gas, or what?

14     A    Some times he come to bring car over there

15   for inspection, you know, and sometimes buy some gas,

16   that's all.

17     Q    Now, did Mr. Vo ever work for you at the gas

18   station?

19     A    Never.

20     Q    Did Mr. Vo, as far as you know, ever do gas

21   station work?  Do you know of his ever doing gas

22   station work?  Do you understand that question?

1        A     Not really.

2        Q     Okay.  Let me repeat it.

3              MR. FORESTER:   Well, I'm going to object,

4    unless you lay a little better foundation --

5              MR. ELGIN:  Okay.

6              MR. FORESTER:  -- as to how he could know.

7              MR. ELGIN: Okay.

8              BY MR. ELGIN:

9        Q     Now, do you understand the English word

10   commission?

11       A     Yes, sir.

12       Q     Someone works and gets a commission?

13       A     Uh-huh, yeah.

14       Q     Okay.  Did Mr. Vo ever work for you on a

15   commission basis, in other words, ever do anything for

16   you that you would give him a commission or a

17   percentage for?

18       A     Oh, no, never.

19       Q     Now, did you have any dealings with Mr. Vo

20   other than just as a regular customer?  Do you

21   understand my question?

22       A     Not at all.

1          Q    Not at all.

2          A    Not at all.

3          Q    Now, are you familiar with the Snap-On Tool

4     Company?

5          A    Oh, yeah.

6          Q    And, does your gas station deal with the

7     snap-On Tool Company?

8          A    Yes, sir, yes.

9          Q    Now, did Mr. Vo ever have any dealings that

10    you know of with the Snap-On Tool Company?

11         A    Yes.  One day a man come in from Snap-On,

12    you know, and told me he worked for me and buy some

13    tools from there, and owe him some money, see.  But, I

14    told him, no, he don't work for me.

15         Q    Now, when you say "he," you are speaking

16    that the man from Snap-On told you this, is that what

17    you are saying?

18         A    Yeah.  They bring the bill here and say, for

19    them.  See, he say, he work for me and buy some tool

20    from them, you know, and never paid.

21         Q    Now, what was the name of the man from --

22              MR.  FORESTER:    Again, I want to note a

1    hearsay objection for the record.

2            MR. ELGIN:  Oh, surely.

3            BY MR. ELGIN:

4        Q    Now, what was the name of the man from the

5    Snap-On Tool Company?

6        A    His name is Bob, B-O-B.

7        Q    Do you know his last name?

8        A    No.

9            MR. ELGIN:  Do you know his last name?

10            MR. FORESTER:  Yes.

11            MR. ELGIN:  Let's see if it refreshes his

12    memory.

13            BY MR. ELGIN:

14        Q    Does the name Bob Thompson, does that

15    refresh your memory?

16        A    I have no idea.  I only know him, his name

17    is Bob.

18        Q    You only knew him as Bob?

19        A    Yeah.

20        Q    Okay.

21            But, he was the Snap-On man who dealt --

22        A    He told me that he was the Snap-On Tool

1    supervisor.

2        Q    Supervisor.

3        A    Yeah.

4        Q    But, he was the man who, during that time,

5    dealt with your gas station?

6        A    No.  We deal with the salesman, you know.  I

7    deal with the salesman.

8        Q    Oh, this man was the supervisor of the

9    salesman.

10       A    Right.

11       Q    Now, about when was this, a year ago, two

12   years ago?  Do you recall when?

13       A    Yeah, about a year, two years, something

14   like that.

15       Q    A year or two?

16       A    Recently, you know, not very long.

17       Q    Not very long.

18       A    Not very long.

19       Q    Now, did you ever talk to Mr. Vo about this

20   business with the Snap-On Tool?

21       A    Yes.

22       Q    And, when was that, after the Snap-On man

1    spoke to you?

2        A    Yeah, after Snap man -- when I see him come

3    buy gas, you know, I ask him, why you buy tools, you

4    know.  And, he said, he didn't know, because I don't

5    see any paper work and I don't have anything.

6        Q    I'm sorry.  I'm not sure I understood that.

7        A    See, the man from Snap-On, they don't show

8    me too many things.  I told him that guy doesn't work

9    for me, and this is not my business, you know.

10   Anything you deal with him, this is your business.  I

11   say I don't want to be involved with thing, he buy

12   tools, those things, better confront to him, he

13   doesn't work for me.

14       Q    I see.  Now, going back to what Mr. Vo said

15   to you at that time, are you saying that he denied he

16   had done this, or did he admit that he'd done it?  I

17   didn't understand that.

18       A    He said he don't buy any tool.

19       Q    He said he hadn't bought any tools from

20   Snap-On?

21       A    Yeah.

22       Q    Now, let me ask you a question about Snap-On

1   Tools and their dealings with gas stations.

2          Does Snap-On deal only with gas stations or

3   can anyone go buy tools from Snap-On?

4      A    Oh, yeah, anybody can buy tools from them.

5      Q    I see.  Their tools are in stores and things

6   like that?

7      A    Yeah.  They have a lot on the truck, you

8   know, they bring the whole truck over there.

9      Q    I see.  They bring a truck to the gas

10  station.

11     A    Uh-huh, anybody can buy it.

12     Q    And, people can buy from the truck, that's

13  how it works?

14     A    That's correct.

15     Q    Now, as far as you know, is Snap-On then,

16  their method of selling is to go in a truck to the gas

17  station with tools, is that how it works?

18     A    Uh-huh, yeah.

19     Q    Now, did you ever have any problem with Mr.

20  Vo at your gas station?

21     A    Only problem, he buy tools and say he work

22  for me, you know, and I told him, you know, don't come

1   to my gas station anymore.   I told him, you know, I

2   don't allow him.

3        Q    Did he then stop coming to your gas station?

4        A    Yeah, he still coming.

5        Q    He kept coming?

6        A    Yeah.

7        Q    Did you try and do anything about that?

8        A    Well, really, I'm not trying to do anything.

9   I told him, you know, please, you, don't come here and

10  bother me, and say you work for me or something like

11  that, you know.   I don't like it, see.

12       Q    Okay.   Well, let me ask it this way then.

13  Did there come a time when he stopped coming around

14  your gas station?   Do you understand my question?

15       A    No.

16       Q    Okay, yeah, that phrase that we use doesn't

17  seem to go over in Vietnamese.   Let me rephrase the

18  question, Mr. Gin.

19            What happened eventually?   Did he stop

20  coming to the station, or did he just keep on coming

21  to the station?

22       A    See, the gas station, you know, we do a

1    public business, okay?

2        Q    Uh-huh.

3        A    Anybody can come until they do something

4    wrong, and then, you know, we can do something about

5    it.  But, for now, you know, it's not necessary to do

6    something else.  It's a public service, you know,

7    anybody can come here and buy gas and get service.

8        Q    Well, does Mr. Vo still come back to your

9    gas station?

10       A    Yeah, some -- once in a while, yeah.

11       Q    Once in a while.

12       A    Yeah.

13       Q    Okay.  Well, I don't think I have any more

14   questions at this time.  Let me talk to my co-counsel

15   and see if he has any.

16           MR. HEMENWAY:  I would just suggest you

17   clarify that.

18           MR. ELGIN:  Oh, okay.

19           Well, I guess this is important.  I realize,

20   Mr. Forester, this is subject to your hearsay

21   objection, but I just want to find out how this works.

22           BY MR. ELGIN:

1      Q    When Snap-On brings their truck to a gas

2   station to sell tools, do they sell for cash or for

3   credit?

4      A    They sell either way, you know.  They sell

5   you for cash and sell you for credit.  If he works

6   for, you know, the gas station, they give credit, you

7   know.

8      Q    I see.  Now, so if you work for the gas

9   station, they give you a credit.

10     A    Uh-huh.

11     Q    But, if I was in your gas station and I went

12  to the Snap-On truck, because it happened to be there,

13  they wouldn't give me credit, would they?

14     A    No, they won't.

15     Q    I'd have to pay cash.

16     A    You pay cash, yeah.

17     Q    Okay.  I don't have any further questions,

18  Mr. Gin.  Thank you very much.

19     A    Yes, sir.

20     Q    Now, Mr. Forester will ask you questions.

21     A    Sure.

22          MR. FORESTER:  I do have a few questions.

1                    CROSS EXAMINATION

2              BY MR. FORESTER:

3         Q    You understand that --

4              MR. HEMENWAY:   Excuse me.   Is he close

5    enough to the mike?

6              THE REPORTER:  Yes.

7              BY MR. FORESTER:

8         Q    -- I am the lawyer for Sun Oil Company.

9         A    Yes, sir.

10        Q    Sun is the Defendant.   They've been sued by

11   Mr. Hoai here, and I am the lawyer hired by Sun, so

12   I'm asking you questions as Sun's lawyer, is that

13   clear?

14        A    Yes, sir.

15        Q    You purchased this station in 1982, is that

16   correct?

17        A    Yes, sir.

18        Q    And, did you buy the franchise, or did you

19   buy the property?

20        A    I buy the franchise first and then buy the

21   property later.

22        Q    All right.   Who owned the property?

1    A    Texaco.

2    Q    All right.  And, who owned the franchise?

3    A    Harry Gray, Mr. Harry Gray.

4    Q    Harry Gray.

5    A    Uh-huh.

6    Q    All right.  And, he had run the station for

7    how long, do you know?

8    A    Since 1951.

9    Q    1951?

10    A    Uh-huh.

11    Q    Okay.  And, prior to 1982, what were you

12    doing, what kind of work?

13    A    As it used to, you know, repair car, sell

14    gas, you know.

15    Q    No, what were you doing?

16    A    What I was doing, I was a mechanic before.

17    Q    You were a mechanic where?

18    A    Firestone store.

19    Q    Firestone?

20    A    Uh-huh, Firestone.

21    Q    And, where is that Firestone store?

22    A    It was located on Shirlington Shopping

1    Center, Shirlington Shopping Center.

2         Q    Shirlington?

3         A    Yes.

4         Q    Okay.   And, how long had you worked at

5    Firestone as a mechanic?

6         A    About six years.

7         Q    Up until 1982?

8         A    Yes, sir.

9         Q    And, how did you learn about the station

10   being for sale?

11        A    Because Mr. Gray, he come to Firestone to

12   buy tires.

13        Q    Uh-huh.

14        A    And then, he told me, "I am going to sell my

15   gas station."

16        Q    Mr. Gray told you he was going to sell the

17   station?

18        A    Yes, sir.

19        Q    And, you talked to him about buying it?

20        A    Uh-huh.

21        Q    All right.   And, you bought the franchise

22   from him first, is that correct?

1          A     Right.

2          Q     And then, when did you buy the property from

3     Texaco?

4          A     It was last year.

5          Q     All right.  You understand, we don't want to

6     inquire into your business, Mr. Gin, that's not our

7     purpose here.  We're just trying to get the facts that

8     are pertinent or we may think is pertinent.

9          A     Sure.

10         Q     Now, when did you first meet Thanh Van Vo?

11         A     I think about four or five years ago.

12         Q     Four or five years ago?

13         A     Yeah.

14         Q     And, how did you meet him?

15         A     He bring car to repair, you know.

16         Q     He brought a car into the station?

17         A     Yeah, for repair.

18         Q     Okay.  So, four or five years ago would have

19     been maybe in '82, or '83, or '84?

20         A     Probably '83, '84, yeah.

21         Q     All right.   Before that time, you didn't

22     know him or hadn't seen him?

1        A    No.  I don't know him at all.

2        Q    Okay.  Now, Mr. Vo could have worked in Mr.

3    Gray's station in '77 or '78, and you wouldn't know

4    about it, would you?

5        A    No.  I don't know.

6        Q    You would have no knowledge if --

7        A    No knowledge.

8        Q    -- excuse me.  Let me finish my question.

9            You would have no knowledge if Mr. Vo had

10   worked in the station prior to the time you bought it

11   in 1982.

12       A    That's correct.

13       Q    Now, let me understand.  Bob from Snap-On

14   Tools came to you, and did he ask you about Mr. Vo?

15       A    Yeah.

16       Q    And, what did he ask you?

17       A    He say, Mr. Vo, he buy some tools from Snap-

18   On Tool --

19       Q    Yeah.

20       A    -- and told them he worked for me, see.

21   That's why I told him, no, he never work for me.

22       Q    But, Bob of Snap-On didn't show you any

1    paperwork.

2          A    He showed me the bill, but he don't give to

3    me.

4          Q    He showed you a bill.

5          A    Yeah, but he don't give it to me.

6          Q    And, what do you remember about that bill?

7          A    That he have a contract with Snap-On Tool,

8    see.

9          Q    I'm sorry?

10         A    He have contract with Bob, you know.

11         Q    Contract.

12         A    Contract.

13         Q    Yeah, but tell me what you remember seeing

14   on that bill.

15         A    I don't look at all, because this is not my

16   business, you know.

17         Q    You didn't look?

18         A    It come from him, he doesn't work for me.

19         Q    Do you remember if Bob gave you the full

20   name of Mr. Vo?

21         A    He gave me look at it, but I don't remember

22   him.

1     Q   I'm sorry?

2     A   I don't remember what his full name is.  He

3 just show me a paper, you know.

4     Q   Uh-huh.

5     A   And, I say, no, this guy doesn't work for

6 me, you know.

7     Q   Uh-huh.

8     A   Every employee work for me, you know, I

9 know.

10     Q   Yes.

11     A   That man, I don't know.

12     Q   And, did Bob want you to pay for those

13 tools?

14     A   No.  He just asked me where the guy is,

15 where's the man, you know.  I say, he never work for

16 me, see.

17     Q   Did you tell him he came there as a

18 customer?

19     A   He don't ask me that.

20     Q   All right.

21     A   I just told him he doesn't work for me, you

22 know.

1        Q    And, when you asked Vo about this, what did

2    Vo say?

3        A    He say he don't buy any tool from him.

4        Q    He didn't buy any Snap-On Tools?

5        A    Yes, sir.

6        Q    All right.  And, did you have an argument

7    with Mr. Vo about this?

8        A    No, no argument.

9        Q    But, you told him not to come to your

10    station.

11        A    I told him, anything you do, you know, don't

12    say you work for me, okay?  I'm so busy, you know, and

13    I have no time to go to court and those things, see.

14        Q    Uh-huh.

15        A    That's the only thing, you know.

16        Q    But, you didn't tell him to stop buying gas

17    at your station.

18        A    No.

19        Q    And, he still comes in on occasion?

20        A    Yeah, he still, yeah, comes and buy gas, you

21    know, something like that.

22        Q    All right.

1          A    Occasionally.

2          Q    Prior to 1982, how long had you known Mr.

3     Gray?

4          A    Me?

5          Q    Yes.

6          A    How long I know him?

7          Q    How long?

8          A    I know him, you know, one or two years

9     before that.

10         Q    And, you knew him as a Firestone customer?

11         A    Yeah, because I work for, you know,

12    Firestone, and he come in and buy tires.

13         Q    Yeah, but I mean, that was the only way you

14    knew Mr. Gray?

15         A    Yeah, only way, yeah.

16         Q    You were not a personal friend?

17         A    No, no.

18         Q    And, at that time in 1982, you didn't know

19    Mr. Vo?

20         A    No.

21         Q    And, you would have no way of knowing if Mr.

22    Vo worked for Mr. Gray prior to 1982.

1          A    That's correct.

2          Q    Okay.  I have no further questions.

3               MR. ELGIN:  Okay.  I'm going to ask -- let

4     me explain for your benefit, Mr. Gin.  Now, I get to

5     ask a few questions about what he asked you about, and

6     then that will probably be the end of it, unless he

7     has one or two more.

8                    REDIRECT EXAMINATION

9               BY MR. ELGIN:

10         Q    Now, when you bought the station from Mr.

11    Gray --

12         A    Okay.

13         Q    -- did you get Mr. Gray's business records

14    as part of buying the station, or did he keep them?

15         A    I don't know what you mean, don't

16    understand.

17         Q    Well like, the records about who Mr. Gray's

18    employees were, who had been the station employees and

19    so forth, did you get those records, or did they stay

20    with Mr. Gray?

21         A    No, I don't have any records on him.

22         Q    Okay.  Well, let me ask you this.  Did Mr.

1     Gray have a wife and family?

2          A     Oh, yeah.  He had two sons and one wife.

3          Q     Yeah.  Are they still around, do you know?

4          A     Yeah.

5          Q     Do they live in this area?

6          A     Yeah, live in Arlington.

7          Q     They live in Arlington, Virginia?

8          A     Uh-huh.

9          Q     And, his name was Richard Gray?

10         A     No, Harry.

11         Q     Harry.

12         A     Yeah, H-A-R-R-Y.

13         Q     Harry Gray.

14         A     Uh-huh.

15         Q     Do you know what street they lived on in

16    Arlington?

17         A     They live on Stafford in Arlington,

18    Stafford.

19         Q     Could I ask -- S-T-A --

20         A     Stafford, yeah.

21         Q     Stafford Street.

22         A     Stafford Street, yeah.

1    Q    And, do they still live there, do you know?

2    A    Yeah.  He still do.

3    Q    Now, let me ask you this.  Were there any

4    employees who worked for the station under Mr. Gray

5    that continued to work for it under you?  Did you keep

6    any of the same employees?

7    A    Yeah, I keep a couple of them.

8    Q    What were their names?

9    A    One is Don Gray, his son, Don Gray.

10   Q    Don Gray, his son?

11   A    Yeah, and Jimmy Gray.

12   Q    And, Jimmy Gray.

13   A    And, another Bob.

14   Q    And, another one named Bob?

15   A    Yeah.

16   Q    Is that a son?

17   A    These are all American, you know.  They all

18   American.

19   Q    Right.  But, was Bob's name Gray too?

20   A    No, no.  Last name I can't remember.

21   Q    And, a man named Bob.

22   A    Yeah.

1          Q     And, do any of them still work for you?

2          A     No, no more.

3          Q     But, do you think they are still around in

4     this area?

5          A     Yeah, I think so.

6          Q     Do you know where Bob works today?

7          A     Bob, he might die, I don't know, but his two

8     sons still here.

9          Q     His two sons --

10         A     Still around here, yeah.

11         Q     And, where are they located?

12         A     Well, I don't know where they are located.

13         Q     You don't know where they are located.

14               Now, do you know what Bob's position was

15    when Mr. Gray was running the station?

16         A     He's a mechanic.

17         Q     He's a mechanic?

18         A     Yes.

19         Q     And, what about Mr. Gray's two sons, Don and

20    Jimmy, what were their --

21         A     They are both mechanic and inspectors.

22         Q     Mechanics and inspectors.

1          A    Uh-huh.

2          Q    Do you know, do they work in any stations in

3     this area today?

4          A    Long time don't see them.  Really don't

5     know, see.

6          Q    Yeah, okay.

7               I don't have any further questions at this

8     time.

9               MR. FORESTER:  One more.

10              MR. HEMENWAY:  Excuse me.  Did you not want

11     to consider that?

12              MR. ELGIN:  Do you have information on that?

13     Okay.  Let me ask -- I'm sorry, Mr. Forester, let me

14     ask one more question.

15              MR. FORESTER:  Sure.

16              BY MR. ELGIN:

17         Q    Did you ever call the police to get Vo off

18     the gas station?

19         A    No.

20         Q    Okay.

21              MR. ELGIN:  Go ahead, Mr. Forester.

22                     RECROSS EXAMINATION

1          BY MR. FORESTER:

2          Q    Mr. Gin, do you know Mr. Hoai here?

3          A    No.

4          Q    You met him today for the first time?

5          A    I met him in the gas station, you know, last

6    week.

7          Q    Okay.  But, before last week, you've never

8    seen him?

9          A    I've never seen him before, no.

10          Q    Okay.

11          MR. FORESTER:  That's it.

12          MR. ELGIN:  No further questions.  You can

13    go back to work.

14          THE WITNESS:  Okay, thank you.

15          MR. ELGIN:  Thank you, Mr. Gin.

16          MR. FORESTER:  Thank you.

17          (Whereupon, the taking of the testimony in

18    the above-entitled matter was concluded at 10:34 a.m.,

19    signature not having been waived.)

1        AUTHENTICATION BY SIGNATURE

2            I, the undersigned, do hereby certify by my signature

3    hereunder that I have read the foregoing deposition of testimony

4    given by me on JANUARY 21, 1988      , and find said transcription

5    to be a true and accurate record, as corrected.

6

7                                _____

8                                GIN HAM

9

10    SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ DAY

11    OF _____ , 1988.

12

13

14                                _____

                                   NOTARY PUBLIC

15

16    MY COMMISSION EXPIRES _____.

17

18

19

20

21

22

C E R T I F I C A T E

This is to certify that the foregoing proceedings

in the matter of:   THE DEPOSITION OF GIN HAM

held on:              JANUARY 21, 1988

at the location of:    1920 N STREET, N.W.
                       WASHINGTON, D.C.

were duly recorded and accurately transcribed under my

direction; further, that said proceedings are a true and

accurate record of the testimony given by said witness;

and that I am neither counsel for, related to, nor

employed by any of the parties to this action in which

this deposition was taken; and further that I am not a

relative nor an employee of any of the parties nor

counsel employed by the parties, and I am not financially

or otherwise interested in the outcome of the action.

*Neal R. Gross*

NEAL R. GROSS

Notary Public/Reporter in and for
THE DISTRICT OF COLUMBIA

My commission expires
MARCH 31, 1989

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVENUE, N.W.
(202) 234-4433          WASHINGTON, D.C. 20005