```
************************
***   TX REPORT    ***
************************

TRANSMISSION OK

TX/RX NO              2103
CONNECTION TEL                    8790127
CONNECTION ID
ST. TIME              04/24 14:41
USAGE T               00'53
PGS.                  2
RESULT                OK
```

Attachment 14

# FAX COVER SHEET

DATE: APR 24 1998

TO: SHAILA, CLERK TO JUDGE HERBERT DIXON, JR.

FAX #: (202) 879 0127

RE: VO v. HOA, et al., consent motion to move hearing date, lost in courthouse after filing last week

FROM: Laurence A. Elgin

601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004

Original will be sent by: ___ Mail ___ Courier ✓ Original will not be sent

FAX # (202) 639-8238

NUMBER OF PAGES INCLUDING COVER SHEET: 2

TRANSMISSION OPERATOR: _____

NOTES/INSTRUCTIONS: After fruitless 2 days of searching, Clerk's office accepted repeat filing of last week's motion to, by consent, move the hearing in the above case on Sun's SJ motion to 8 MAY, 1998

# FAX COVER SHEET

DATE: APR 24 1998

TO: SHAILA, CLERK TO JUDGE HERBERT DIXON, JR.

FAX #: (202) 879 0127

RE: Vo v. Hoai, et al., consent motion to move hearing date, lost in courthouse after filing last week

FROM: Laurence A. Elgin

601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004

Original will be sent by: ____ Mail ____ Courier ✓ Original will not be sent

FAX # (202) 639-8238

NUMBER OF PAGES INCLUDING COVER SHEET: 2

TRANSMISSION OPERATOR: _____

NOTES/INSTRUCTIONS: After fruitless 2 days of searching, Clerk's office accepted repeat filing of last week's motion to, by consent, move the hearing in the above case on Sun's SJ motion to 8 MAY, 1998 nunc pro tunc, including court stamped copy from last week. See attached copy of check duplicate

IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION, CALL (202) 639-8100

**Confidentiality Notice:** The information in this transmission is intended for the individual or entity named above. If you have received this information in error, please notify us immediately and send the original transmission to us by mail. Return postage is guaranteed. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, dissemination or distribution or copying of this information or its contents is strictly prohibited.

LAW OFFICES OF LAURENCE A. ELGIN          11-96    $                    1429
PH. 202-628-1114
601 PENNSYLVANIA AVE., N.W., SUITE 900
WASHINGTON, DC 20004

CHECK HERE IF TAX DEDUCTIBLE ITEM ☐

BAL. FOR'D
THIS PAYMENT    20
BALANCE
OTHER
BAL. FOR'D

**NationsBank**
NationsBank, N.A.
Virginia

1429    NOT NEGOTIABLE