*Attachment T*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* <br> Plaintiffs, | ) <br> ) <br> ) |
| v. | ) CIVIL ACTION NO. 1:06-cv- 00210-RJL <br> ) <br> ) |
| The SUPERIOR COURT of the <br> DISTRICT of COLUMBIA, *et al.,* <br> Defendants. | ) <br> ) <br> ) |

STATEMENT UNDER PENALTY OF PERJURY

Thanh Vong Hoai, under penalty of perjury, this 21st day of September, 2006, states as follows:

1. That he is the Thanh Vong Hoai that is a plaintiff in this law suit and was the owner of the Sunoco franchise that was formerly located at 2305 Pennsylvania Avenue SE in the District of Columbia;

2. That he is the Thanh Vong Hoai who was sued, along with John D. Hemenway and David Hemenway in the Superior Court of the District of Columbia in 1986 in CA No. 7075-86, triggering the litigation which is the object of this present law suit;

3. That he a citizen of the United States residing at 2820 Poag Street, Fairfax County, Virginia, 22303 with a Post Office address of Alexandria, Virginia;

4. That he is an adult fully competent to testify in a court of law if called upon to do so;

1

5. That, at the request and command of Judge Weisberg of the Superior Court he sued Sun Refining and Marketing Company, Inc. (Sun) in this Court under the Petroleum Marketing Practices Act and that, during that time, his actions in tort in the Superior Court by way of counter claims and claims against third parties such as Sun in the Superior Court were stayed as promised and suggested by Judge Weisberg;

6. That before and after that stay in the Superior Court, the Superior Court case was mostly before Judge Dixon, now a defendant in this law suit and is before Judge Dixon now;

7. That from the beginning of the appearances before Judge Dixon he has noticed the friendship between Judge Dixon and the counsel for Sun, Gordon Forester in that Judge Dixon calls Gordon Forester by his first name like Americans who are friends do and never calls any of other attorneys or even the undersigned by their first names when attorneys and parties are in the chambers of Judge Dixon at Judge Dixon's invitation; "Hello, Gordon," Judge Dixon says, and "How are you?";

8. That Judge Dixon pays no attention that he can detect to anything filed by his attorney, or by Mr. Hemenway, but that whatever the attorney for Sun asks he gets, on at least one important occasion without even waiting the required time for his counsel and John D. Hemenway to respond;

9. If Gordon Forester writes a letter to Judge Dixon, Judge Dixon immediately responds, but if his attorney writes a letter or sends a fax Judge Dixon pays no attention;

10. That he has warned his attorney and John D. Hemenway ever since Judge Dixon began to be in the case that Judge Dixon and Gordon Forester are friends and know each other;

11. That he was a citizen of the Republic of South Vietnam during the Vietnam War and fought as an intelligence officer in the Army of the Republic of South Vietnam, and was a liason with American Army Intelligence;

12. That during the struggle against the communists of the North of Vietnam and the Viet Cong, corruption was a problem, including corruption because of friendship and cooperation between certain attorneys and members of the judiciary of South Vietnam, including attorneys such as My-Linh Soland, a third-party defendant in the Superior Court litigation;

13. That when he came to this country and became a citizen here after the fall of Saigon when he had to leave for fear of his life, he looked to this country for the Rule of Law where decisions would not be made because of friendships between lawyers and judges but that they would be made only on the basis of the American law;

14. That he has been very disappointed that in his case in the Superior Court with the Hemenways who helped him when he was under attack by Vo and others, decisions are being made by Judge Dixon, it appears, on the basis of the friendship between Gordon Forester and Judge Dixon rather than the law;

3

15. That this seemed to be particularly true with regard to what he was told to do by Judge Weisberg through his attorney when he was told by Judge Weisberg to go try his federal claims in the federal courts and then come back to the Superior Court and finish up what was left and then Judge Dixon went back on the word of Judge Weisberg and what Judge Weisberg said to do completely, so that the undersigned was drawn in and then betrayed;

16. That he does not believe that Judge Dixon will ever apply the law "without fear or favor" as Americans say, but will do what his friend Gordon Forester wants without even considering what the undersigned's lawyer says as he has done in the past.

17. That he states, under penalty of perjury, this 21st day of September, 2006, that the above is true and accurate to the best of his knowledge and belief, based on his personal knowledge and observation.

_____<br>
Thanh Vong Hoai