UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| THANH VONG HOAI, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-0210 (RJL) |
| v. | ) ) ) | |
| SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, *et al,* | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION**

Defendants, by and through their undersigned counsel, hereby oppose Plaintiffs' Second Motion for a Preliminary and Permanent Injunction. Plaintiff's Second Motion is untimely as the Court has not yet ruled on Plaintiffs' First Motion for a Preliminary and Permanent Injunction, which is currently under advisement. Defendants submit that the Court's decision on the First Motion will effectively decide any issues Plaintiffs raise in their Second Motion as Plaintiffs' Second Motion does not raise any new issues. Rather, Plaintiffs' Second Motion seeks to rehash arguments that have either already been raised or are not at issue. Moreover, Plaintiffs' most recent filing is legally insufficient as Plaintiffs, in their 49-page filing, have not addressed the four legal factors that must be met to obtain a preliminary or permanent injunction.

Thus, Defendants respectfully submit that Plaintiffs' Second Motion for a Preliminary and Permanent Injunction should be denied.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

2