# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* )<br>　　Plaintiffs, )<br> )<br>v. )<br> )<br> )<br>The SUPERIOR COURT of the )<br>DISTRICT of COLUMBIA, *et al.,* )<br>　　Defendants. ) | CIVIL ACTION NO. 1:06-cv- 00210-RJL |

**PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiffs move the Court to reconsider its Minute Order issued over the weekend on Saturday, October 14, 2006. Plaintiffs do so invoking Rule 59 of the Federal Rules of Civil Procedure.

As their principal reason for this request the plaintiffs point out that when the Minute Order was issued the time, as they understand it, for filing their reply brief had not yet expired and they wish their reply brief to be considered. That reply brief, which they believe would have been due today, Monday, October 16, 2006, is being filed simultaneously herewith. Details are set out in the support memorandum.

Alternatively, the plaintiffs are noting an appeal of the Minute Order as a denial of an injunction request and will seek to have it treated on an expedited and emergency basis, citing *Parsons Steel* as they did in their TRO request.

Respectfully submitted,

 /s/

_____
Laurence A. Elgin #159582

1

Suite 900, South Building
601 Pennsylvania Avenue, NW
Washington, D. C. 20004-3615
TEL:   (202) 628-1114
FAX:   (202) 628-6798

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO.  1:06-cv- 00210-RJL |
| ) | |
| ) | |
| The SUPERIOR COURT of the ) | |
| DISTRICT of COLUMBIA, *et al.,* ) | |
| Defendants. ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT FO THEIR MOTION FOR RECONSIDERATION**

Rule 59.  On Wednesday, October 4, 2006, the plaintiffs received, via electronic filing, the Opposition brief of the defendants to the plaintiffs' second motion for a preliminary and permanent injunction to avoid relitigation of matters already decided in the federal courts.  Local Civil Rule 7(d) of this Court provides for 5 days in which parties may file a reply brief to an opposition.  Since this period of time is less than eleven days, under Rule 6(a) of the Federal Rules of Civil Procedure, intervening Saturdays, Sundays and Holidays to include Columbus Day are excluded in calculating those 5 days.  Thus, since the electronic filing was on Wednesday, October 4, 2006, the first day of the five days would have been Thursday, October 5 and the second day would have been Friday, October 6, 2006.  Then, the weekend and Columbus Day are excluded from the count and the third, fourth and fifth days were October 10, 11, and 12, Tuesday, Wednesday and Thursday, respectively.

Further, as was pointed out to counsel for plaintiffs when he called chambers as the 11 days in which the defendants might oppose plaintiffs' second injunction motion

3

expired, Federal Rule 6, where it used to provide for 3 extra days when there was "service by mail," Rule 6(e) now adds 3 extra days when there is filing by electronic means as well.  Thus, the time in which the plaintiffs might file their reply brief would seem to expire on Monday, October 16, 2006 as the first business day after the time to file the reply brief would have run.  The three added days would take the time to Sunday, October 15, 2006 and, by Rule 6(a) that would mean that today, Monday, October 16, 2006 would be the last day for the plaintiffs to file their reply brief.  Accordingly, after making that calculation in accordance with what was pointed out by one of the Court's clerks, counsel for plaintiffs telephoned the chambers of the Court in mid-week of the week of Columbus Day and informed the Court that the plaintiffs would be filing a reply brief on Monday, today, October 16, 2006.  Much to counsel's surprise, on Saturday, October 14, 2006, the Court issued its Minute Order denying plaintiffs' second injunction motion, seemingly before the allotted time in which to file a reply brief had run.

It seems ironic but it may well be that the plaintiffs were not given the required time in which to file their reply brief.  They believe that their reply brief is important to the issues addressed in their second injunction motion and would request that it be read and the Minute Order be reconsidered in light of its contents.

Alternatively, plaintiffs are noting an appeal and will be seeking emergency relief and an expedited treatment of that appeal because of the danger that the requirements set out in *Parsons Steel, Inc. v. First Alabama Bank*, 474 U.S. 518, 106 S.Ct. 768, 88 L.Ed.2d 877 (1986) may be met with the result that the plaintiffs' opportunity to avoid relitigation of the issue presented in their second motion would be lost.  If the Court

4

wishes to reconsider the matter plaintiffs request that it so indicate and the appeal could be delayed.

Respectfully submitted,

/s/

_____
Laurence A. Elgin #159582
Suite 900, South Building
601 Pennsylvania Avenue, NW
Washington, D. C. 20004-3615
TEL:   (202) 628-1114
FAX:   (202) 628-6798