## AGREEMENT FOR SALE OF BUSINESS

AGREEMENT made this 4th day of April, 1986 by and between THANH VONG HOAI residing at 927 Highland Street, Arlington, Virginia, 22201, hereinafter called the SELLER, and VO THANH VAN residing at 2242 Senseney Lane, Falls Church, Virginia 22043, hereinafter called the PURCHASER,

## W I T N E S S E T H :

WHEREAS, the SELLER is now conducting Thanh Vong Hoai Sunoco, the business of operating a 24 hour, 7 day a week Sunoco Gas Station at 2305 Pennsylvania Avenue, South East, Washington, DC 20020, and

WHEREAS, the SELLER desires to sell and the PURCHASER to buy the said business for the price and on the terms and conditions hereinafter set forth;

NOW, THEREFORE, the parties hereto, in consideration of the mutual covenants and agreements herein contained, do hereby agree as follows:

1. The Seller shall sell to the Purchaser the said business as owned and conducted by the SELLER as aforesaid including all his rights, assets, liabilities, and obligations, as described and stated in the Exhibits attached hereto and specifically described as follows:

```
Exhibit # 1 - Dealer Trial Franchise, Part I
Exhibit # 2 - Dealer Franchise Part, II
Exhibit # 3 - Receipt for Franchise Contracts Sun Refining
              and Marketing Company
Exhibit # 4 - Disclosure Statement
Exhibit # 5 - Sales Tax Exemption Certificate -
              Multi-Jurisdiction
Exhibit # 6 - Certificate of Insurance
```

Page 1 of 2

PLAINTIFFS' EXHIBIT C

```
Exhibit # 7 - Authorization to Honor Drafts Drawn By
              Sun Refining and Marketing Company
Exhibit # 8 - Amendment & Ratification
Exhibit # 9 - Surcharge Collection Authorization
Exhibit #10 - Rental Rebate Agreement
Exhibit #11 - Inventory Security Agreement
Exhibit #12 - Financing Statement form UCC-1.
```

2. The purchase price shall be ONE DOLLAR ($1.00), in hand, receipt and payment of which is evidenced by signatures appearing at the end of this document.

3. The PURCHASER agrees to purchase the said business for the price and upon the terms and conditions herein contained and to pay for same as herein provided.

4. The purchase price shall be paid upon signing of this Agreement.

5. SELLER will be responsible for all extraordinary accounts payable and obligations payable by it up to the time of dating of this instrument, and agrees to hold PURCHASER harmless from any liability thereon.

6. Subsequent to the dating of this instrument, the PURCHASER shall be responsible for all operating costs of the business including, but not limited to utility costs.

7. PURCHASER and SELLER agree that this instrument encompasses their entire agreement. Any modification of this instrument must be done so with the equal formalities.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals the day and year first above written.

In presence of

_____
THANH VONG HOAI, SELLER

_____
VO THANH VAN, PURCHASER

STATE OF VIRGINIA;

COUNTY OF ARLINGTON; to-wit:

I, Lori A Fields , being a Notary Public in and for the County and State aforesaid do hereby certify that THANH VONG HOAI and VO THANH VAN, whose names are signed to the above writing bearing the 4th day of April, have acknowledged the same before me this 2nd day of ~~April~~ May, 1986.

_____
NOTARY PUBLIC

My Commission Expires:

Nov 12, 1988