# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.*      Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:06-cv- 00210-RJL ) ) |
| The SUPERIOR COURT of the DISTRICT of COLUMBIA, *et al.,*      Defendants. | ) ) ) |

### ORDER

THE COURT, having considered the motion of the plaintiffs for reconsideration of its Minute Order of October 14, 2006, and the Opposition thereto as well as the Reply, and considering that a Reply to the defendants' Opposition to the second motion of the plaintiffs for a temporary and permanent injunction which the Court did not have and, therefore, could not consider before issuing the Minute Order,

NOW HEREBY, ORDERS that the Court will reconsider the plaintiffs' second motion for a temporary and permanent injunction and in so doing will read and consider the Reply brief to the defendants' Opposition to that second injunction motion which the plaintiffs have now filed.

_____
Richard J. Leon, United States District Judge