# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* )<br>  Plaintiffs, )<br> )<br>v.  ) CIVIL ACTION NO. 1:06-cv- 00210-RJL<br> )<br> )<br>The SUPERIOR COURT of the )<br>DISTRICT of COLUMBIA, *et al.,* )<br>  Defendants. ) | |

## **NOTICE OF APPEAL**

NOTICE is hereby provided pursuant to Rule 3 of the Federal Rules of Appellate Procedure that on the 17th day of October, 2006, all three plaintiffs in the above named case hereby appeal as a matter of right to the United States Court of Appeals for the District of Columbia Circuit from the Minute Order entered electronically on October 14, 2006 by the Honorable Richard J. Leon, United States District Court Judge, denying the request for a Temporary and Permanent Injunction by the plaintiffs to enjoin the defendants from relitigating an issue which the plaintiffs claim is precluded by an earlier decision of this Court in a related matter.

Respectfully submitted,

 /s/

_____
Laurence A. Elgin #159582
Counsel for Plaintiffs/Appellants
Suite 900, South Building
601 Pennsylvania Avenue, NW
Washington, D. C. 20004-3615
TEL:   (202) 628-1114
FAX:  (202) 628-6798

## STATEMENT OF RELATED CASES

IN THIS COURT:  THANH VONG HOAI v. SUN REFINING AND MARKETING COMPANY, INC., 87-2456 LFO

IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT:  THANH VONG HOAI v. SUN REFINING AND MARKETING COMPANY, INC., 866 F 2d 1515, 275 US App DC 397 (1989)

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA:  VO v. HOAI, et al., Case No. 7075-86

## CORPORATE DISCLOSURE STATEMENT

The plaintiffs/appellants are all individuals and, therefore, have no corporate affiliations.

## BASIS OF APPELLATE JURISDICTION

Plaintiffs/appellants appeal an Order denying a request for Preliminary and Permanent Injunctive Relief under the provisions of the Federal Rules of Appellate Procedure and the collateral order doctrine.

/s/
_____
Laurence A. Elgin