## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| THANH VONG HOAI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-210 (RJL) |
| | ) | |
| SUPERIOR COURT OF THE, | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this

_13th_, day of February 2007, hereby

**ORDERED** that [#11] Plaintiff's Motion for a Preliminary and Permanent

Injunction is DENIED; and it is further

**ORDERED** that Count I of the Complaint is DISMISSED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge