# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv- 00210-RJL |
| | ) |
| | ) |
| The SUPERIOR COURT of the | ) |
| DISTRICT of COLUMBIA, *et al.,* | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused to be served by first class United States mail, postage prepaid, this 28th day of February, 2007, a copy of the Plaintiff's Motion to Reconsider and Memorandum in support thereof upon:

    E. Louise Phillips, Esquire
    George C. Valentine, Esquire
    Nicole L. Lynch, Esq.
    Shana L. Frost, Esq.
    Assistant Attorney General
    441 4th Street, NW – 6th Floor
    Washington DC 20001

                                              _____
                                              Laurence A. Elgin #159582