# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv- 00210-RJL |
| | ) |
| | ) |
| The SUPERIOR COURT of the | ) |
| DISTRICT of COLUMBIA, *et al.,* | ) |
|     Defendants. | ) |

**PRAECIPE:  NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to an Order of the District of Columbia Court of Appeals, undersigned counsel is suspended from the practice of law in the District of Columbia for a six (6) month period after April 7, 2007.  The plaintiffs, Thanh Vong Hoai, John D. Hemenway and David Hemenway have signed an agreement to proceed in this matter *pro se*, per the attached statement.

The Court, the Clerk and Opposing Counsel are requested to change their records accordingly.

Respectfully submitted,

 /s/

_____
Laurence A. Elgin #159582
Suite 900, South Building
601 Pennsylvania Avenue, NW
Washington, D. C. 20004-3615
TEL:   (202) 628-1114
FAX:   (202) 628-6798

1