# Laurence A. Elgin
Suite 900 South Building
601 Pennsylvania Avenue, N. W.
Washington, D.C. 20004-3615
(202) 628-1114
(202) 628-6798 - facsimile

April 6, 2007

Mr. Thanh Vong Hoai
2820 Poag Street
Alexandria, Virginia 22303-2446

John D. Hemenway, Esq
4816 Rodman St, NW
Washington DC 20016

David Hemenway, Esq.
4817 Rodman St, NW
Washington DC 20016

RE: Hoai et al v. Superior Court of the District of Columbia
USDC-DC # 06-cv-0610; USCA # 06-7182;
<u>Vo v. Sun Marketing & Refining, SCDC # 1986-ca-7075</u>

Gentlemen:

This supplements the formal notice sent to you, by certified mail-return receipt requested, of my suspension from the practice of law for a six month period commencing April 7, 2007, a copy of which is attached. This will acknowledge that in light of John D. Hemenway's being a member of the bar, David Hemenway's being a graduate of law school (although not a member of the bar) and Mr. Hoai's experience and sophistication in legal matters after many years of litigation, you have decided jointly and severally that you will proceed in the above referenced matters on a *pro se* basis, with John D. Hemenway serving in the lead on these matters. The contemplated next step, I have been informed by John D. Hemenway, is a Petition for Certiorari to the United States Supreme Court, accompanied by motions to stay.

I therefore am turning over this matter and the files connected thereto to John D. Hemenway, to be picked up by him from my home office at his earliest convenience so that you can prepare such filings as are necessary to pursue these matters. If you wish, after I am reinstated, to have me participate in pursuing these matters again, I would be happy to discuss it at that time.

By signing below, you acknowledge receipt of this letter and transfer of the matter to John D. Hemenway, and John D. Hemenway acknowledges that he will pick up the files in this matter at his earliest convenience.

Sincerely,

*[signature]*
Laurence A. Elgin

*[signatures and dates]*

| John D. Hemenway Date | David Hemenway Date | Thanh Vong Hoai Date |
|---|---|---|
| 6 April 2007 | April 6, 2007 | 4-6-7 |