# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-7182                                    September Term, 2006

06cv00210

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 3/30/07
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

Filed On:

Thanh Vong Hoai, et al.,
        Appellants

   v.

Superior Court for the District of Columbia, et al.,
        Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

JAN 11 2007

CLERK

**BEFORE:**   Henderson, Randolph, and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for a stay pending appeal, the opposition thereto, and the reply; the motion for summary reversal, the opposition thereto, and the reply; and the motion for summary affirmance and the opposition thereto; it is

**ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The Anti-Injunction Act prohibits a federal court from granting "an injunction to stay proceedings in a State court except [1] as expressly authorized by Act of Congress, or [2] where necessary in aid of its jurisdiction, or [3] to protect or effectuate its judgments." 28 U.S.C. § 2283. This case concerns the third exception, which is known as the "relitigation" exception. "[A]n essential prerequisite for applying the relitigation exception is that the claims or issues which the federal injunction insulates from litigation in state proceedings actually have been decided by the federal court." Chick Kam Choo v. Exxon Corp., 486 U.S. 140, 148 (1988). Because neither this court nor the district court actually decided the issue which appellants sought to insulate from litigation in the local District of Columbia courts, see Hoai v. Sun Refining and Marketing Co., Inc., 866 F.2d 1515 (D.C. Cir. 1989); Hoai v. Sun Refining and Marketing Co., 1990 U.S. Dist. LEXIS 13015 (D.D.C. Oct. 1, 1990), appellants' requested injunction is not covered by the relitigation exception to the Anti-Injunction Act.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

No. 06-7182                                          September Term, 2006

of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
MaryAnne McMain
Deputy Clerk/LD