UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THANH VONG HOAI,** *et al.*,   ) <br> ) <br> Plaintiffs,   ) <br> ) <br> v.   ) <br> ) <br> **SUPERIOR COURT OF THE** <br> **DISTRICT OF COLUMBIA,** *et al.*,   ) <br> ) <br> Defendants.   ) <br> ) | C.A. No. 06-0210 (RJL) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2007, I served via first-class mail, postage prepaid, Defendants' Motion to Dismiss, originally filed on August 22, 2007, upon the following *pro se* litigants:

    Thanh Vong Hoai
    2820 Poag Street
    Alexandria, VA 22303-2446

    John D. Hemenway
    4816 Rodman Street, NW
    Washington, DC 20016

    David Hemenway
    4817 Rodman Street, NW
    Washington, DC 20016

                                            Respectfully submitted,

                                            LINDA SINGER
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

NICOLE L. LYNCH (471953)
Chief, Section II


  /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov