# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THANH VONG HOAI, *et al.*     )
     Plaintiffs,     )
v.     ) CIVIL ACTION NO.  1:06-cv-00210-RJL
     )
The SUPERIOR COURT of the     )
DISTRICT of COLUMBIA, *et al.*,     )
     Defendants.     )

### CONSENT MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

The *pro se* plaintiffs move this court for an extension of time to file their responsive

pleading(s) to the Defendants' Motion to Dismiss. The motion was filed, according to the

PACER record, on August 22, 2007. Your *pro se* litigants were neither notified or copied on the

court's electronic filing system nor provided a copy by United States mail. Counsel for the

defendants has spoken with John D. Hemenway, a pro se litigant, and agreed to an extension of

time of ten (10) days, or until September 19, 2007 for the plaintiffs to file their responsive

pleading and offered to mail copies of the Motion to Dismiss to each of the *pro se* litigants..

Respectfully submitted,


_____          _____
Thanh Vong Hoai, *pro se*          John D. Hemenway, *pro se*
2620 Poag Street,          4816 Rodman Street, NW
Alexandria, Virginia  22303          Washington DC 20016
Phone: (703)768-9505          Phone and Fax: (202) 244-4819


_____
David Hemenway, *pro se*
4813 Rodman Street, NW
Washington, D.C. 20016
Phone: (202) 244-1396

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the foregoing by first class United States mail, postage prepaid, this 5th day of September, 2007 upon:

        Shana Lyn Frost
        Office of the Attorney General
        For the District of Columbia
        444 Fourth Street, NW
        6th Floor South
        Washington DC 20001

                John D. Hemenway