# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) CIVIL ACTION NO. 1:06-cv-00210-RJL | |
| ) | |
| ) | |
| The SUPERIOR COURT of the ) | |
| DISTRICT of COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

## CONSENT MOTION FOR AN EXTENSION OF TIME (5 DAYS)

Plaintiffs, acting pro se with the consent of the defendants given through counsel for the defendants, hereby move this Honorable Court to extend the time for them to respond to the motion for dismissal heretofore filed in this case by the defendants pursuant to the Court's Order at the last status hearing. They request an extension of five (5) days in which to respond to that motion, or until this coming Monday, September 24, 2007. They do so because of logistical problems with computer systems, difficulty in getting cases cited from LEXIS (which none of them belong to and so forth). The defendants join in this motion for such a short extension.

Respectfully submitted,

*/s/ John D. Hemenway*
John D. Hemenway

*/s/*
David Hemenway

*/s/*
Thanh Vong Hoai

1

## CERT IFICATE

    I hereby certify that I have caused to be served by U.S. mail, First Class, postage prepaid, a true and accurate copy of the foregoing Motion and the Memo and Proposed Order below upon the counsel for the District of Columbia, Shana L. Frost, Esquire, this 19th day of September, 2007.

                                                John D. Hemenway

## MEMORANDUM OF POINTS AND AUTHORITIES

The parties have agreed on this motion and consented to it and no prejudice to any party will result from it.

_____
John D. Hemenway, David Hemenway and Thanh Vong Hoai

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.* <br> Plaintiffs, | ) <br> ) <br> ) |
| v. | ) CIVIL ACTION NO. 1:06-cv- 00210-RJL <br> ) <br> ) |
| The SUPERIOR COURT of the <br> DISTRICT of COLUMBIA, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) |

## ORDER

The Court, having considered the consent motion filed by the plaintiffs for a five (5) day extension of time, hereby grants the motion as consented to and extends the time for the plaintiffs to respond to the defendants' dispositive motion heretofore filed by five (5) days or until Monday, September 24, 2007.

_____
Richard J. Leon, United States District Judge

copies to: John D. Hemenway, 4816 Rodman Street, NW, Washington, D.C. 20016, David Hemenway, 4816 Rodman Street, NW, 20016; Thanh Vong Hoai, 2820 Poag Street, Alexandria, Virginia 22303, Office of the Attorney General, District of Columbia, Att: Shana Frost, Esq., Nicole Lynch, Esq., 441 Fourth Street, NW, 6th Floor South, Washington DC 20001