IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THANH VONG HOAI, *et al.* ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-cv- 00210-RJL |
| ) | |
| ) | |
| The SUPERIOR COURT of the ) | |
| DISTRICT of COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

CONSENT MOTION FOR LEAVE FOR PLAINTIFFS
TO FILE SUPPLEMENTAL OPPOSITION

By consent of counsel for the defendants, plaintiffs, appearing *pro se*, hereby move the Court to grant them leave to file a Supplemental Opposition to the defendants' Motion to Dismiss (Paper No. 31). Plaintiffs filed their Opposition on September 24, 2007, without benefit of review of certain cases cited in that Motion, as they are available only on Lexus-Nexus, which is unavailable to these plaintiffs. Counsel for the defendants was kind enough to forward copies of those opinions to plaintiff John D. Hemenway, but he was not able to review them before the filing of the plaintiffs' opposition.

Plaintiffs have agreed that as part of this consent motion they seek also, on behalf of the defendants, an additional five (5) days in which the defendants might review the plaintiffs' supplemental opposition and file a reply both to it and to the opposition already filed.

Respectfully submitted

1

*John D. Hemenway, pro se*
4816 Rodman Street, NW
Washington, DC 20016
(202) 244-4819

*David Hemenway, pro se*
4816 Rodman Street, NW
Washington, DC 20016
(202) 244-4819

Thanh Vong Hoai, *pro se*
2820 Poag Street
Alexandria VA 22303
(703) 768-9505

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing to be served by first class United States mail, postage prepaid, this 1st day of October, 2007 upon counsel of record.

John D. Hemenway