UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THANH VONG HOAI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 06-0210 (RJL) |
| ) | |
| SUPERIOR COURT OF THE ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 28th, day of March, 2008, it is hereby

**ORDERED** that Defendants' Motion for to Dismiss (Dkt. #31) is GRANTED; and it is further

**ORDERED** that defendants' Motion to Strike the Amended Complaint (Dkt. #6) is DENIED as moot; and it is further

**ORDERED** that the complaint is dismissed as to all defendants with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

