## ATTACHMENT # 2
### 1986 ca 007075 B Thanh Van Vo vs. Sun Refining & Marketing Co.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 08/28/1986 | **Case Status** | Open | **Case Status Date** | 08/28/1986 |
| | | **Case Disposition** | Undisposed | **Case Disposition Date** | |

## Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| VAN VO, THANH | SUNTECH SUNOCO INC. | PLAINTIFF | PLESHAW, Mr ROBERT J J | (202)628-3000 |
| SUN REFINING & MARKETING CO. | | Defendant | FORESTER, JR, Mr J G | (202)293-3359 |
| VONG HOAI, THANH | | Defendant | ELGIN, Mr LAURENCE A<br>HEMENWAY, Mr JOHN D | (202)628-6798<br>(202)244-4819 |
| HEMENWAY, JOHN D | | Defendant | PRO SE | |
| HEMENWAY, DAVID | | Defendant | HOLM, Mr WILLIAM M | (703)394-2212 |

## Case Schedule

| Date | Start Time | Event Type | Result |
|---|---|---|---|
| 09/29/2005 | 09:30 AM | Status Conference | |

## Financial Entries

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 81465 | 08/17/2007 | hemenway | 20.00 |

| Payment | | Fee | |
|---|---|---|---|
| Cash | 20.00 | Cost | 20.00 |

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 29158 | 02/24/2006 | PLESHAW, Mr ROBERT J | 20.00 |

| Payment | | Fee | |
|---|---|---|---|

| | Check | 20.00 | Cost | 20.00 |

| Receipt # | Date | Received From | | Amount Paid |
|---|---|---|---|---|
| 24478 | 01/12/2006 | PLESHAW, Mr ROBERT J | | 20.00 |
| | **Payment** | | **Fee** | |
| | Check | 20.00 | Cost | 20.00 |

| Receipt # | Date | Received From | | Amount Paid |
|---|---|---|---|---|
| 19977 | 11/22/2005 | JOHN D. HEMENWAY | | 20.00 |
| | **Payment** | | **Fee** | |
| | Check | 20.00 | Cost | 20.00 |

| Receipt # | Date | Received From | | Amount Paid |
|---|---|---|---|---|
| 19149 | 11/15/2005 | JOHN HEMENWAY | | 20.00 |
| | **Payment** | | **Fee** | |
| | Check | 20.00 | Cost | 20.00 |

## Docket Entries

| Date | Text |
|---|---|
| 08/17/2007 | Motion for a status conference Filed: Attorney: PRO SE (999999) THANH VONG HOAI (Defendant); JOHN D HEMENWAY (Defendant); DAVID HEMENWAY (Defendant); Receipt: 81465 Date: 08/17/2007 |
| 02/23/2006 | Praecipe Filed: Adding attachments omitted from defendent's motion for the final disquaification of Atty Robert Pleshaw THANH VONG HOAI (Defendant); |
| 02/23/2006 | Praecipe Filed: Adding attachments to motion for final disqualificaiton of atty Robert Pleshaw THANH VONG HOAI (Defendant); JOHN D HEMENWAY (Defendant); |
| 02/22/2006 | Motion for the Fiinal Disqualification of Attorney Robert J. Pleshaw Filed: Attorney: HEMENWAY, Mr JOHN D (379663) JOHN D HEMENWAY (Defendant); Receipt: 29158 Date: 02/24/2006 |
| 01/13/2006 | Praecipe Filed: Corredting error in defendants' motion to disqualify attorney Robert J Pleshaw THANH VONG HOAI (Defendant); JOHN D HEMENWAY (Defendant); |
| 01/11/2006 | Motion to Disqualify Attorney Robert J. Pleshaw File: Attorney: HEMENWAY, Mr JOHN D (379663) THANH VONG HOAI (Defendant); Receipt: 24478 Date: 01/12/2006 |
| 01/09/2006 | A measured and candid response to an unusually pretentious praecipe which was actually a motion Attorney: PRO SE (999999) JOHN D HEMENWAY (Defendant); |
| 12/30/2005 | Praecipe regarding long neglected motion for permanent injunction on contract ratified by sum oil's peele and repudiated by sun oil in an action |

| | |
|---|---|
| | that violated the petroleum marketing practices act pmpa Filed: Attorney: PRO SE (999999) JOHN D HEMENWAY (Defendant); |
| 12/23/2005 | Praecipe the law pertaining to exceptions to rule on claim splitting Filed: Attorney: PRO SE (999999) JOHN D HEMENWAY (Defendant); |
| 12/22/2005 | Praecipe on the law of this case and record for splitting the case Filed: Attorney: PRO SE (999999) JOHN D HEMENWAY (Defendant); |
| 12/22/2005 | Praecipe on the law of this case and record for splitting the case Attorney: PRO SE (999999) (ENTERED IN ERROR) JOHN D HEMENWAY (Defendant); |
| 12/22/2005 | Praecipe on the law of this case and record for splitting the case Filed: Attorney: PRO SE (999999) JOHN D HEMENWAY (Defendant); |
| 12/19/2005 | Praecipe Filed: JOHN D HEMENWAY (Defendant); |
| 12/15/2005 | Miscellaneous Docket: Third-Party Defendant My-Linh Soland's Memorandum in response to show cause order |
| 12/15/2005 | Pltf's response to show of cause filed by Atty Lawrence Elgin and Deft John Hemenway opposition to dismissing claims against pltf Thanh Van Vo because Vo defies court authority and pltf's opposing continuation of the litigation and pltf support of the courts order of dismissal Attorney: PLESHAW, Mr ROBERT J (938241) THANH VAN VO (PLAINTIFF); |
| 12/07/2005 | Opposition to Motion to Show Cause & Dismiss This Case Filed: SUN REFINING & MARKETING CO. (Defendant); |
| 11/22/2005 | Showing of cause: claims should not be dismissed and motion that a trial date be set immediately filed Attorney: HEMENWAY, Mr JOHN D (379663) Receipt: 19977 Date: 11/22/2005 |
| 11/14/2005 | Miscellaneous Docket: Show Cause: Opposition to an order that would dismiss claims against Sun Refining and Marketing Company THANH VONG HOAI (Defendant); |
| 11/14/2005 | Show of Cause THANH VAN VO (PLAINTIFF); |
| 11/14/2005 | Opposition to Motion to Dismissing Claims Against Plaintiff Thanh Van Vo Because Vo Defies Court Authority Filed JOHN D HEMENWAY (Defendant); |
| 11/14/2005 | Motion for an Enlargement of Time Filed Attorney: HEMENWAY, Mr JOHN D (379663) THANH VONG HOAI (Defendant); Receipt: 19149 Date: 11/15/2005 |
| 10/03/2005 | Order to Show Cause Why Claims Should Not Be Dismissed Signed, Filed and Entered on Docket October 3, 2005. Copy mailed and faxed to all parties from chambers.jcm |
| 07/21/2005 | Order Signed, Filed, Entered on the Docket Scheduling Status Conference for September 29, 2005 at 9:30 a.m. and copies mailed to parties from chambers on July 21, 2005. jcm |
| 11/04/1998 | Notice of Appeal mailed to interested parties on 11/04/98. BY CLERK. |
| 09/30/1986 | Answer to Counter Claim Filed Mr ROBERT J PLESHAW (Attorney) on behalf of THANH VAN VO (PLAINTIFF) |
| 09/17/1986 | Answer to Complaint Filed Mr J G FORESTER Jr (Attorney) on behalf of SUN REFINING & MARKETING CO. (Defendant) |
| 09/02/1986 | Answer and Counterclaim filed by Defts Thanh Hoai, John Hemenway & David Hemenway Mr JOHN D HEMENWAY (Attorney) on behalf of THANH VONG HOAI (Defendant); Mr WILLIAM M HOLM (Attorney) on behalf of DAVID HEMENWAY (Defendant); Mr LAURENCE A ELGIN (Attorney) on behalf of THANH VONG HOAI (Defendant) |
| 08/28/1986 | Complaint for Breach of Contract Filed Attorney: PLESHAW, Mr ROBERT J (938241) |