UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THANH VONG HOAI, *et al.*,  )  <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> SUPERIOR COURT OF THE  ) <br> DISTRICT OF COLUMBIA, *et al.*,  ) <br> ) <br> Defendants.  ) <br> ) | C.A. No. 06-0210 (RJL) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendants, by and through their undersigned counsel, herein respond to Plaintiffs' Motion for Reconsideration of the Court's March 28, 2008 Memorandum Opinion and Order granting the Defendants' Motion to Dismiss and entering judgment in favor of the Defendants. As with their previous motion for reconsideration, Plaintiffs' present Motion offers no new argument and therefore is without basis. Defendants therefore refer the Court to their Memorandum in Support of their Motion to Dismiss and Reply to Plaintiffs' Opposition thereto, and address briefly the motion presently before the Court.

Plaintiffs cite a number of cases for the proposition that "[p]arties are entitled to declaratory relief regardless of the propriety of injunctive or other relief sought." Pl.'s Mem. in Supp. at 4. Plaintiffs cite no law for the proposition that they really assert, which is their belief that they are entitled to declaratory relief simply because they want it. This Court reviewed the applicable law pertaining to the specific relief sought by Plaintiffs here – declaratory relief against state court judges pertaining to a pending case

in the state courts – and determined that it was neither appropriate nor in the public interest to grant the relief Plaintiffs seek. Mem. Op. at 4-5. Plaintiffs have offered nothing to the contrary.

Plaintiffs also misinterpret the language and the purpose of the congressional amendments to 42 U.S.C. § 1983 which specifically applied Section 1983 to the District of Columbia. Pl.'s Mem. in Supp. at 5-6. To borrow a phrase from the Plaintiffs, the language of the statute "means what it says," which is that in certain circumstances the *District of Columbia* can be held liable for the violation of constitutional rights. It is very well-settled that agencies of the District of Columbia that are not *sui juris* cannot sue or be sued. *See* Mem. in Supp. of Defs.' Mot. to Dismiss at 12-13. Plaintiffs cite no authority to the contrary.

Finally, this Court concluded that Plaintiffs' allegations of race discrimination are without merit. Plaintiffs rest these allegations on the mere fact that one of the Plaintiffs here happens to be from another country and present an "analogy" where they substitute individuals from a Central American country with those from an Asian nation. Plaintiffs' "analogy" adds nothing to this Court's conclusion. As this Court stated, Plaintiffs have set forth no plausible factual assertions of racial or ethnic animus by the judges of the local courts and thus cannot sustain such a claim.[1]

Accordingly, Defendants respectfully submit that Plaintiffs' Motion for Reconsideration be denied.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

---

[1] Plaintiffs seem to indicate that they intend to move to amend their complaint. As this Court has already pointed out, leave to amend would be futile under the facts of this case. Mem. Op. at 6 n.6.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_/s/  Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II


\_\_\_/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 741-8934
shana.frost@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2008, I served the foregoing Opposition to Plaintiffs' Motion for Reconsideration, via first class mail, postage prepaid, upon:

Thanh Vong Hoai
2820 Poag Street
Alexandria, VA 22303-2446

John D. Hemenway
4816 Rodman Street, NW
Washington, DC 20016

David Hemenway
4817 Rodman Street, NW
Washington, DC 20016


\_  /s/  Shana L. Frost_____
Shana L. Frost
Assistant Attorney General