UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THANK VONG HOAI,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0210 (RJL) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendants ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Assistant Attorney General E. Louise Phillips as co-counsel for Defendants in the above-captioned matter.

Assistant Attorney General Shana L. Frost will remain as lead counsel.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


 \_\_\_/s/ Stephane J. Latour_____
STEPHANE J. LATOUR
Chief, Civil Enforcement Section

          /s/ E. Louise R. Phillips_____
E. LOUISE R. PHILLIPS
Assistant Attorney General
Bar Number 422074
Suite 650-North
441 4th Street, N.W.
Washington, D.C. 20001
(direct) (202) 727-0874
(Fax) (202) 727-6546
Email: louise.phillips@dc.gov