**FILED**

MAY 1 3 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THANH VONG HOAI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 06-0210 (RJL) |
| ) | |
| SUPERIOR COURT OF THE ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiffs' Motion to Reconsider. Upon consideration of the pleadings, the relevant law, and the entire record herein, it is this 9 day of May, 2008 hereby

**ORDERED** that plaintiffs' Motion to Reconsider (Dkt. #43) is DENIED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge