# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THANH VONG HOAI, *et al.*          )
       Plaintiffs,          )
v.          ) CIVIL ACTION NO.  1:06-cv- 00210-RJL
                 )
The SUPERIOR COURT of the          )
DISTRICT of COLUMBIA, *et al.,*          )
       Defendants.          )

# NOTICE OF APPEAL

Notice is hereby given this 10th day of June 2008 that pro se plaintiffs Thanh Vong Hoai,

John D. Hemenway and David Hemenway hereby appeal to the United States Court of Appeals

for the District of Columbia Circuit from the judgment(s) of this court:

> Memorandum Opinion and order signed May 9, 2007, docketed May 13, 2008
> Final Judgment and Memorandum Opinion entered March 28, 2008
> Interlocutory Order and Opinion entered March 9, 2007
> Interlocutory Order and Opinion entered February 13, 2007
> Interlocutory Minute Order entered October 14, 2006
> Minute Order entered July 31, 2006.

In favor of defendants against said plaintiffs.

Respectfully submitted,


John D. Hemenway, *pro se*
4816 Rodman Street, NW
Washington, DC 20016
(202) 244-4819

David Hemenway, *pro se*
4816 Rodman Street, NW
Washington, DC 20016
(202) 244-4819

Thanh Vong Hoai, *pro se*
2820 Poag Street
Alexandria VA 22303
(703) 768-9505

CLERK:      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH
Chief, Section II

SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused the foregoing to be served by first class United States mail, postage prepaid, this _10th_ day of _June_ , 2008 upon counsel of record.

    :

John D. Hemenway